UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-0174-CIV-LENARD

RICHARD M. RHODES, et al.,

Plaintiff(s),

vs.

WILLIAM CRUZ, et al.,

Defendant(s).

_____/

ORDER TO SHOW CAUSE FOR FAILURE
TO COMPLY WITH S.D. FLA. L.R. 16.1B

THIS CAUSE came before the Court sua sponte. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to S.D. Fla. L.R. 16.1B, counsel for all parties (or the party, if proceeding pro se) shall meet in person, by telephone or by other comparable means for a scheduling conference.

2. Within fifteen (15) days of this Order, the parties shall file a Joint Scheduling Report.

3. All proposed limitations shall be date specific (e.g. January 1, 1998).

The Report shall contain the following:

  a. A detailed schedule of discovery for each party;

  b. Discussion of the likelihood of settlement;

  c. Discussion of the likelihood of appearance in the action of additional parties;

    d. Proposed limits on the time to join other parties and to amend the pleadings, to file and hear pre-trial motions and to complete discovery;

    e. Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;

    f. The necessity or desirability of amendments to the pleadings;

    g. The possibility of obtaining admissions of fact and of documents which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence;

    h. Suggestions for the avoidance of unnecessary proof and of cumulative evidence;

    I. Suggestions on the advisability of referring matters to the Magistrate Judge;

    j. A preliminary estimate of the time required for trial; jury or non-jury;

    k. Requested date or dates for conferences before trial, a final pretrial conference and trial; and

    *l.* Any other information that might be helpful to the Court in setting the case for status or pretrial conference.

   3. The parties shall accompany the filing of such Report with a Joint Proposed Scheduling Order. The Order shall include the following:

    a. The detailed discovery schedule agreed to by the parties;

    b. A limitation of the time to join additional parties and to amend the pleadings;

  c. A space for insertion of a date certain for filing of all pretrial motions;

  d. Any proposed use of the Manual on Complex Litigation;

  e. A space for insertion of a date certain for the date of pretrial conference; and

  f. A space for insertion of the date certain for trial.

4. **Failure to either comply with this Order or submit notice of good cause for failure to comply within fifteen (15) days will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of October 1998.

        _____
        JOAN A. LENARD
        UNITED STATES DISTRICT JUDGE

cc:
Andrew Barroway, Esq.
Ralph Stone, Esq.
Michael J. Pucillo, Esq.
Hilarie Bass, Esq.